# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM GIESER,
                Appellant,

vs.

CONSTANCE ANN GIESER,
                Respondent.

No. 77786

FILED

APR 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Lisa M. Brown, District Judge, Family Court Division
        Robert E. Gaston, Settlement Judge
        Mills, Mills & Anderson
        The Abrams & Mayo Law Firm
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-15287